# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:20−cv−00069−OLG

Haby v. Time Warner Cable Pension Plan  
Assigned to: Chief Judge Orlando L. Garcia  
Demand: $21,000  
Cause: 29:1132 E.R.I.S.A.−Employee Benefits

Date Filed: 01/17/2020  
Jury Demand: None  
Nature of Suit: 791 Labor: E.R.I.S.A.  
Jurisdiction: Federal Question

**Plaintiff**

**Doris Haby**      represented by    **Jeffrey E. Dahl**  
Law Office of Jeffrey Dahl  
405 N. St. Mary's Street − Suite 242  
San Antonio, TX 78205  
(210) 527−0900  
Fax: 210/527−0901  
Email: jdahl@erisaattorneyintexas.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Time Warner Cable Pension Plan**      represented by    **Ashley Allen Carr**  
DLA Piper LLP (US)  
401 Congress Avenue  
Suite 2500  
Austin, TX 78701  
512−457−7251  
Fax: 512−721−2251  
Email: ashley.carr@dlapiper.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2020 | Ï 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542−13094513). No Summons requested at this time, filed by Doris Haby. (Attachments: # 1 Civil Cover Sheet)(Dahl, Jeffrey) (Entered: 01/17/2020) |
| 01/17/2020 | Ï | Case assigned to Chief Judge Orlando L. Garcia. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (bc) (Entered: 01/21/2020) |
| 01/17/2020 | Ï | If ordered by the court, all referrals will be assigned to Magistrate Judge Bemporad (bc) (Entered: 01/21/2020) |
| 04/06/2020 | Ï 2 | MOTION to Transfer Case by Time Warner Cable Pension Plan. (Attachments: # 1 Appendix, # 2 Proposed Order)(Carr, Ashley) (Entered: 04/06/2020) |
| 04/13/2020 | Ï 3 | |

| | | |
|---|---|---|
| | | Response in Opposition to Motion, filed by Doris Haby, re 2 MOTION to Transfer Case filed by Defendant Time Warner Cable Pension Plan (Attachments: # 1 Proposed Order)(Dahl, Jeffrey) (Entered: 04/13/2020) |
| 04/20/2020 | Ï 4 | REPLY to Response to Motion, filed by Time Warner Cable Pension Plan, re 2 MOTION to Transfer Case filed by Defendant Time Warner Cable Pension Plan (Carr, Ashley) (Entered: 04/20/2020) |
| 05/11/2020 | Ï 5 | NOTICE *of Supplemental Authority* by Time Warner Cable Pension Plan re 2 MOTION to Transfer Case (Attachments: # 1 Exhibit)(Carr, Ashley) (Entered: 05/11/2020) |
| 05/27/2020 | Ï 6 | ORDER GRANTING re 2 MOTION to Transfer Case filed by Time Warner Cable Pension Plan. It is Ordered that this case is hereby TRANSFERRED to the Southern District of New York. Signed by Chief Judge Orlando L. Garcia. (wg) (Entered: 05/28/2020) |