**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DORIS HABY,

                Plaintiff,                    20 **CIVIL** 4119 (JPO)

    -against-                         **JUDGMENT**

TIME WARNER CABLE PENSION PLAN,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 1, 2021, Haby's motion for summary judgment is DENIED and the Pension's cross-motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 1, 2021

                                                    **RUBY J. KRAJICK**
                                                       Clerk of Court
                             **BY:**    *K. Mango*
                                                        **Deputy Clerk**